THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD WILLIS HULETT, Appellant.— *Per Curiam.*

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.